AO 442 (Rev 01/09) Arrest Warrant

1036 8/61

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00566 |
| Linette Jones | ) Assigned to: Judge Meriweather, Robin M. |
| | ) Assign Date: 8/17/2021 |
| Defendant | ) Description: ARREST RULE(5) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Linette Jones

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

See attached petition.

Date: 08/03/2021

*Issuing officer's signature*

City and state: Alexandria, VA

K.Galluzzo/Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 08/04/2021, and the person was arrested on *(date)* 08/17/2021
at *(city and state)* Washington DC

Date: 08/17/2021

*Arresting officer's signature*

Steven Caldwell DEO
*Printed name and title*

AO 442 (Rev 01/09) Arrest Warrant (Page 2)